**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**AMANDA BURNS**                                                                                   **PLAINTIFF**

**V.**                                                                       **NO. 4:23-CV-73-DMB-DAS**

**JUSTIN NEWELL; GRENADA**
**COUNTY, MISSISSIPPI; and**
**CORRECTIONS MANAGEMENT**
**SERVICES, INC.**                                                                   **DEFENDANTS**

## ORDER

    Because this case settled, *see* Doc. #87, the pending motion for summary judgment [79] is **DENIED without prejudice**.

    **SO ORDERED**, this 14th day of August, 2024.

                                                                       **/s/Debra M. Brown**
                                                                       **UNITED STATES DISTRICT JUDGE**